IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KEVIN GARY TOLBERT | : | NO. 2012-506-1 |

O R D E R

AND NOW, this 9th day of September, 2014, it is Ordered that the following motions are **DENIED** as moot.

1) Defendant's motion, **docket entry #12**, for an extension of time to file pretrial motions.

2) Defendant's motion, **docket entry #17**, to dismiss.

3) Defendant's motion, **docket entry #24**, to dismiss counsel.

4) Defendant's motion, **docket entry #25**, for injunctive relief and for order.

ATTEST:                          or          BY THE COURT

BY:_____                    _____
    Deputy Clerk                                       Judge

Civ 12 (9/83)

Copies ecmf on _____ to:         Copies mailed on 09-09-2014 to:
                                       Kevin G. Tolbert, Deft.